ELAINE A. HELMRICH, Respondent, v. ARTHUR EDWARD HELMRICH, Appellant. — Order, and order as resettled, denying defendant's motion to modify final judgment by reducing the amount of alimony provided for therein affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.

ARTHUR HERMAN, Appellant, v. THOMAS HORGAN, as Property Clerk of the Police Department of the City of New York, and "JOHN DOE," Name "John Doe" Being Fictitious, Party Intended Being the Person in Possession of the Property Sought to Be Replevied, Respondents.— Judgment affirmed, with costs. No opinion. Scudder, Tompkins and Davis, JJ., concur; Lazansky, P. J., and Young, J., dissent on authority of People v. Jennings (257 N. Y. 196).

In the Matter of the Application of HERMAN AGOGLIA, Respondent, for a Mandamus Order against EDWARD P. MULROONEY, Police Commissioner of the Police Department of The City of New York, Appellant.*— Peremptory mandamus order unanimously affirmed as a matter of law and not of discretion, with costs. (Matter of Lee v. Quigley, 231 App. Div. 858; Matter of Picone v. Comr. of Licenses, 241 N. Y. 157, 161.) Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

In the Matter of the Judicial Settlement of the Account of EMPIRE TRUST COMPANY and ARTHUR J. BALDWIN, as Executors, etc., of GEORGE K. GARVIN, Deceased. EMPIRE TRUST COMPANY and ARTHUR J. BALDWIN, Individually and as Executors, etc., of GEORGE K. GARVIN, Deceased, Appellants; GEORGENA K. GARVIN, Infant, by ROBERT J. MAHON, Her Guardian, Respondent.— Order of the Surrogate's Court of Nassau county dated August 26, 1931, and decree of the same date in so far as appealed from, reversed on the law, with costs to appellants, payable out of the estate, and motion for a further allowance denied, without costs. The surrogate was without power under the practice pursued herein to correct his judicial error in the decree of July 30, 1930. (Matter of Brennan, 251 N. Y. 39, 42.) Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.

In the Matter of the Application for an Order Making the Minutes of a Grand Jury Investigation, Regarding Charges against Certain Members of the New York State Police, a Public Record. FRANKLIN A. SCHRIVER, District Attorney of Orange County, Appellant; HENRY HIRSCHBERG, as Attorney for LOUIS PINE and Others, Respondent.†— Order directing the district attorney to have the grand jury minutes typed and filed as a public record reversed on the law and motion denied on the ground that there is no authority for the proceeding in which the order was granted. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

In the Matter of the Probate of the Last Will of MARY REILLY, Deceased. MARK REILLY, as Administrator, etc., of MARY REILLY, Deceased, Appellant; JOHN H. W. KROGMANN, Respondent.— Order fixing amount of counsel fee and directing payment thereof affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.